IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIDA OBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC. and LVNV FUNDING LLC and JOHN DOES 1-25,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  CASE NO: 5:20-cv-02569-JLS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41.1 of the Local Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her individual claims against Defendant, with prejudice and without costs or attorneys' fees to either party. The putative class's claims are dismissed without prejudice. Further, the parties request that the dismissal be conditional, pending full performance of the settlement terms.

Respectfully submitted,

*s/ Antranig Garibian*
ANTRANIG GARIBIAN
**GARIBIAN LAW OFFICES, P.C.**
1800 JFK Blvd., Suite 300
Philadelphia, PA 19103
*Counsel for Plaintiff*

*s/ Lauren M. Burnette*
LAUREN M. BURNETTE
**MESSER STRICKLER, LTD.**
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
*Counsel for Defendants*

Dated: September 11, 2020

**SO ORDERED THIS 14th DAY OF SEPTEMBER, 2020:**

/s/ Jeffrey L. Schmehl
Hon. Jeffrey L. Schmehl
United States District Judge